UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA GUZMAN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-366 |
| | § | |
| BURL SMITH, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your Unopposed Motion for Leave to File Supplement to Reply (D.E. 29)      ; however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other:  No supplemental pleadings are to be filed (See Court's General Order)

_____

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SIGNED and ORDERED this 10th day of January, 2008.

_____
Janis Graham Jack
United States District Judge