UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA GUZMAN, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-07-366 |
| § | |
| BURL SMITH, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

On this day came on to be considered Defendants' Motion for Summary Judgment on the Defenses of Qualified and Official Immunity. (D.E. 39.) Because Defendant Burl Smith, the only Defendant sued in his individual capacity and, thus, the only Defendant to whom the defenses of qualified and official immunity apply, was dismissed from the case on May 23, 2008, (D.E. 45), Defendants' motion is hereby DENIED as MOOT.

SIGNED and ORDERED this 23rd day of May, 2008.

_____
Janis Graham Jack
United States District Judge